IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:99-00160-001

JAMIE JOHN SALOMON

### MEMORANDUM OPINION AND ORDER

On May 12, 2005, the court modified defendant's conditions of supervised release to require that he reside at Lebanon Community Corrections Center, Lebanon, Virginia, for a period of ninety days and that he abide by all rules and regulations of Lebanon Community Corrections Center ("LCCC") while residing there.

Because of difficulties encountered in obtaining medication for defendant while at LCCC, the court now has before it a request from the probation officer asking that the halfway house requirement be removed as a condition of defendant's supervised release. The court deems it appropriate to grant the probation officer's request and hereby **MODIFIES** defendant's term of supervised release to delete the special conditions that he reside at Lebanon Community Corrections Center, Lebanon, Virginia, for a period of ninety days and that he abide by all rules and regulations of Lebanon Community Corrections Center while residing there. All other previously imposed conditions of supervised release remain in full force and effect.

The Clerk is directed to forward a copy of this Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Department of this court.

**IT IS SO ORDERED** this 1st day of August, 2005.

ENTER:

*David A. Faber*

David A. Faber
Chief Judge